OPINION — AG — ** INDEPENDENT SCHOOLS — LOCAL SCHOOLS — ACCREDITATION STANDARDS ** A SCHOOL NOT MEETING ACCREDITATION STANDARDS ESTABLISHED BY THE BOARD OF EDUCATION 'CANNOT' OPERATE EVEN THOUGH IT REQUIRES NO STATE AID. TO DO SO WOULD VIOLATE 70 O.S. 4-22 [70-4-22] AND OTHER SCHOOL CODE PROVISIONS. (SUPERVISION, REGULATIONS, STANDARDS, SCHOOLS, LOCAL, RULES AND REGULATIONS, SUBJECTS) CITE: 70 O.S. 4-22 [70-4-22] (W. J. MONROE)